**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROBERT L. WALKER, JR.
#32030-009**                                                           **PLAINTIFF**

**V.**                           **CASE NO. 5:19-cv-232-DPM-BD**

**DUSTY DODSON, *et al*.**                                    **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.     Procedures for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Chief Judge

D.P. Marshall Jr. Any party may file written objections with the Clerk of Court. To be

considered, however, objections must be filed within 14 days. Objections should be

specific and should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of

fact. And, if no objections are filed, Judge Marshall can adopt this Recommendation

without independently reviewing the record.

**II.    Discussion**

Plaintiff Robert Walker filed this lawsuit without the help of a lawyer and is

proceeding *in forma pauperis*. (Docket entries #1, #4) The Court requires any plaintiff

who is not represented by a lawyer to keep the Court updated as to his current address.

Local Rule 5.5. Without a valid address for a pro se plaintiff, the Court has no means to

communicate with that plaintiff.

On September 6, 2019, mail sent from the Court to Mr. Walker was returned as "undeliverable." On September 9, the Court ordered Mr. Walker to update his address within 30 days. (#11) In that Order, the Court specifically cautioned him that his claims could be dismissed if he failed to provide the Court with his current address. Since then, Mr. Walker has not communicated with the Court, and the time allowed for providing his current address has passed.

**III.**    **Conclusion**

The Court recommends that Mr. Walker's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's September 9, 2019 Order and failure to prosecute this case.

DATED this 21st day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE