# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT L. WALKER JR.
#32030-009                                                    PLAINTIFF

v.                    No. 5:19-cv-232-DPM

DUSTY DODSON, Administrator,
Dallas County Jail; and STAN
McGHEE, Sheriff, Dallas County Jail          DEFENDANTS

## ORDER

Walker hasn't responded to the recommendation; his mail is still being returned undelivered. № 15. The Court adopts Magistrate Judge Deere's unopposed recommendation, № 14. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Walker's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2019