IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT L. WALKER JR.
#32030-009                                                    PLAINTIFF

v.                       No. 5:19-cv-232-DPM

DUSTY DODSON, Administrator,
Dallas County Jail; and STAN
McGHEE, Sheriff, Dallas County Jail                           DEFENDANTS

## JUDGMENT

Walker's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2019